UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. OUTMAN,<br>CDCR #P-79939,<br><br>                       Plaintiff,<br><br>vs.<br><br>DANIEL PARAMO, Warden;<br>S. SANCHEZ, Captain; WILLIAMS,<br>Correctional Counselor I; C. YORK, CCI;<br>M. VILLATUERLE, CCII; B. VOGEL,<br>CCI; B. OLIVARRIA, Appeals<br>Coordinator; B. SELF; K. RODRIGUEZ,<br>Psychologist; S. BAHRO, Ph.D<br>Psychologist; JOHN & JANE DOES 1-10,<br>Supervisory Mental Health Staff;<br>JOHN & JANE DOES 1-10,<br>Custody Staff,<br><br>                      Defendants. | Case No.: 3:18-cv-02101-BAS-KSC<br><br>**ORDER DISMISSING ACTION** |

Plaintiff Robert H. Outman is a state prisoner proceeding *pro se* and *in forma pauperis*. He brings claims under 42 U.S.C. § 1983 against various prison officials and employees. On June 11, 2019, Defendants B. Vogel, R. Olivarria, S. Bahro, S. Searles

(formerly Sanchez), K. Rodriguez, B. Self, D. Paramo, M. Villafuerte, and C. York moved to dismiss Plaintiff's claims against them. (ECF No. 22.) Magistrate Judge Karen S. Crawford issued a Report and Recommendation ("R&R") recommending that this Court grant the motion to dismiss as to all of the Defendants named in the Complaint. (ECF No. 32.)

On December 19, 2019, the Court issued an order adopting Judge Crawford's R&R and granting Defendants' motion to dismiss. (ECF No. 33.) The Court dismissed Plaintiffs' Complaint in its entirety but granted Plaintiff leave to file a First Amended Complaint. In its Order, the Court stated: "If Plaintiff chooses to amend his Complaint, he must file the First Amended Complaint **no later than January 21, 2020**. **The Court warns Plaintiff that a failure to file a First Amended Complaint by January 21, 2020, will result in the Court dismissing this action and closing the case**." (*Id.* at 3.)

This deadline has passed and Plaintiff has not filed an amended complaint or a motion requesting an extension of time. "If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action." *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005). Accordingly, the Court dismisses Plaintiff's action in its entirety and instructs the Clerk to close the case.

**IT IS SO ORDERED**.

**DATED: January 31, 2020**

Hon. Cynthia Bashant
United States District Judge